UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00633-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Subpoena – ECF No. 27) |

　　　　This matter is before the court on Plaintiff George A. Toliver's Motion for Order of Subpoena (ECF No. 27), dated August 25, 2016, and filed August 29th. On August 23rd, the court granted Plaintiff's first Motion for Order of Subpoena (ECF No. 16) and issued a subpoena *deuces tecum* to the Las Vegas Metropolitan Police Department ("LVMPD") requiring the custodian of records for LVMPD to disclose the full name, address, and phone number for Defendant Officer Doss (P#971) directly to the U.S. Marshals Service so it may attempt service again. *See* Order (ECF No. 24). The current motion appears to have crossed in the mail with the court's Order because the current motion duplicates the first request for a subpoena. Because the court has already issued a subpoena to LVMPD, the current motion is denied as moot.

　　　　Accordingly,

　　　　**IT IS ORDERED:** Plaintiff George A. Toliver's Motion for Order of Subpoena (ECF No. 27) is DENIED as moot.

　　　　Dated this 14th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE